**Order entered October 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00420-CV

## THE ESTATE OF MAYBELLENE ANDERSON, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-16-01315-2**

## ORDER

Before the Court is appellant's motion to abate and request for declaratory judgment regarding the trial court's plenary power to conduct a hearing. We **DENY** the motion as moot.

/s/    KEN MOLBERG
           JUSTICE